KEB

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Elena Guerrero Trejo,

Petitioner,

v.

John E. Cantu, *et al.*,

Respondents.

No. CV-26-05716-PHX-JJT

**ORDER**

Petitioner challenged her present immigration detention, arguing she was previously released from immigration detention and was redetained without a bond hearing. (Doc. 1.) Pursuant to General Order 26-09, the Court directed Respondents to show cause why the Petition should not be granted. (Doc. 3.)

In their Response, Respondents state, "[t]he Government does not oppose the habeas petition or Petitioner's request for a bond hearing." (Doc. 8.) But because Respondents failed to provide any justification for Petitioner's re-detention, the Court finds the defense waived. *See N-E-M-B v. Wamsley*, No. CV-25-00989-SI, 2025 WL 3527111, at *7 (D. Or. Dec. 9, 2025) ("Respondents do not challenge any aspect of the Petition on the merits and thus the Court finds that Respondents have waived such challenges and conceded those aspects of the Petition."); *Soleimani v. LaRose*, No. CV-25-03082-DMS-DEB, 2025 WL 3268412, at *3 (S.D. Cal. Nov. 24, 2025) (granting petition because "[b]y failing to respond to the claims actually asserted, Respondents have conceded the claims"); *cf. Jenkins v. Cnty. of Riverside*, 398 F.3d 1093, 1095 n.4 (9th Cir. 2005) ("Jenkins abandoned her other

two claims by not raising them in opposition to the County's motion for summary judgment.").

The Petition will therefore be granted, and Petitioner ordered released from custody immediately.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted**.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before her detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within **two (2) business days** of Petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 19th day of August, 2026.

Honorable John J. Tuchi
United States District Judge